IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

SHONNA HOLMES                          *
4828 Kingfisher Road
Waldorf, Maryland 20603,               *

        Plaintiff,              *

    v.                            *
                    Civil Action No.
SUN TRUST MORTGAGE CO.                 *
1001 Semmes Avenue
Richmond, Virginia 23224               *

and                                    *

RESIDENTIAL CREDIT SOLUTIONS           *
350 South Grand Avenue, 47th Floor
P.O. Box 78954                         *
Phoenix, Arizona 85062-9054
                                       *
and
                                       *
HERITAGE TITLE COMPANY
11821 Park Lawn Drive, Suite 350       *
Rockville, Maryland 20852
                                       *
and
                                       *
REMAX
4201 Northview Drive                   *
Bowie, Maryland 20716,
                                       *
        Defendants.
                                       *
  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

## NOTICE OF REMOVAL

    Defendant Heritage Title Company, by undersigned counsel, respectfully submits this

Notice of Removal, stating as follows:

    1.    On June 5, 2008, Plaintiff Shonna Holmes filed this action in the Superior Court

of the District of Columbia ("the Superior Court"). The action was docketed as Case No. 2008

CA 004128 R(RP) and assigned to Judge Odessa F. Vincent. There are four defendants to the

action:

(a)     SunTrust Mortgage Company ("SunTrust" or "the Lender");

(b)     Residential Credit Solutions ("RCS" or "the Servicer");

(c)     Heritage Title Company ("Heritage Title" or "the Title Company"); and

(d)     ReMax.

2.     In Count I of her Complaint, Holmes alleges fraud. She claims, *inter alia*, that

she was an "unqualified buyer." Comp. at 3 ¶ B. Although SunTrust and RCS allegedly knew

the same, Plaintiff contends that the Lender and the Servicer extended a loan to her which they

knew that she could not repay. Id. Holmes alleges that "[t]here were two HUD 1's at the

closing" and that the "Heritage Settlement Co. [sic] stole ($19,284.58) in fees . . . ." Id. In the

same Count, she further alleges that Defendants "engaged in willful, systematic and widespread

violations of the Federal Racketeer Influenced and Corrupt Organizations Act (RICO)[, 18

U.S.C. §§ 1961 et seq.]. Compl. at 4 ¶ F. In the same count, Holmes alleges unspecified

violations of the Real Estate Settlement and Procedures Act (RESPA). 12 U.S.C. §§ 2601 et seq.

Compl. at 4 ¶ F. Count II of the Complaint alleges that Defendants specifically violated § 8(a)

of RESPA. 12 U.S.C. § 2607(a). Compl. at 5. Finally, Count III alleges negligence and accuses

the Title Company of turning a blind eye to "the outrageous irregularities and illegalities apparent

to all with the exception of Plaintiff." Id. at 5.

3.     Plaintiff has demanded a jury trial.

4.     Pursuant to 28 U.S.C. § 1441, this case is removable to the United States District

Court for the District of Columbia on the grounds of federal question jurisdiction – the claims or rights asserted in this action arise under that laws of the United States. Id. Specifically, Holmes asserts violations of RICO, 18 U.S.C. §§ 1961 et seq., and RESPA. 12 U.S.C. §§ 2601 et seq.

5.     On June 5, 2008, the Superior Court issued summonses to the four defendants.

6.     On June 10, 2008, Heritage Title was served with the Summons, Complaint, and an Initial Order issued by the Superior Court.

7.     On June 30, 2008, Heritage Title filed in the Superior Court its Motion to Dismiss Count I of the Complaint and the Claim for Punitive Damages. At the same time, Heritage Title also filed its Answer to Counts II and III of the Complaint.

8.     This Notice of Removal has been filed within 30 days of service of the Summons and Complaint.

9.     Heritage Title lacks knowledge as to whether any other Defendants have been served with process.

10.     A copy of all process, pleadings, and orders served upon Defendants or obtained from the case filed in the Superior Court are submitted with this Notice as required by 28 U.S.C. § 1446(a).

11.     Promptly after filing this Notice, undersigned counsel shall file a copy of this Notice with the Clerk of the Superior Court.

WHEREFORE, Defendant Heritage Title Company respectfully requests that this Court assume jurisdiction in this case as it has been properly removed from the Superior Court of the

District of Columbia.

_____/s/_____

James M. Connolly (Bar No. 455140)

*KRAMER & CONNOLLY*

500 Redland Court, Suite 211

Owings Mills, Maryland 21117

Tel: (410) 581-0070

Fax: (410) 581-1524

jmc@kramerslaw.com

*Counsel for Defendant Heritage Title Co.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on July 3, 2008, a copy of the foregoing was mailed first class, postage prepaid, to:

| | |
|---|---|
| William S. Bach, Esquire | SunTrust Mortgage Company |
| 717 D Street, N.W., Suite 400 | Attention: Legal Department |
| Washington, D.C. 20004 | 1001 Semmes Avenue |
| *Counsel for Plaintiff Shonna Holmes* | Richmond, Virginia 23224 |
| | *Defendant* |
| | |
| Resident Credit Solutions | Re/Max One |
| Attention: Legal Department | Attention: Ms. Crystal Payne |
| P.O. Box 78954 | 4201 Northview Drive |
| Phoenix, Arizona 85062 | Bowie, Maryland 20716 |
| *Defendant* | *Defendant* |

_____/s/_____

James M. Connolly (Bar No. 455140)

E:\OFFICE\CASES\197-017\notice of removal.wpd

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Shonna Holmes<br>4828 Kingfisher Road, Waldorf, Maryland 20603 | SunTrust Mortgage Company, et al. |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF     Charles
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY) ————
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| William S. Bach, Esquire<br>717 D Street, NW #400<br>Washington, DC 20004<br>(202) 737-2930 | James M. Connolly (Atty. for Def. Heritage Title Co)<br>500 Redland Court, Suite 211<br>Owings Mills, Maryland 21117<br>(410) 581-0070 |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
Plaintiff

◉ 3 Federal Question
(U.S. Government Not a Party)

○ 2 U.S. Government
Defendant

○ 4 Diversity
(Indicate Citizenship of
Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place<br>of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place<br>of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a<br>Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ○ A. Antitrust | ○ B. Personal Injury/Malpractice | ○ C. Administrative Agency Review | ○ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If<br>Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ◉ E. General Civil (Other) | OR | ○ F. Pro Se General Civil |

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or<br>defendant<br>☐ 871 IRS-Third Party 26<br>USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure<br>of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational<br>Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC<br>Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced &<br>Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/<br>Exchange<br>☐ 875 Customer Challenge 12 USC<br>3410<br>☐ 900 Appeal of fee determination<br>under equal access to Justice<br>☐ 950 Constitutionality of State<br>Statutes<br>☒ 890 Other Statutory Actions (if<br>not administrative agency<br>review or Privacy Act |

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ **530 Habeas Corpus-General** <br> ☐ **510 Motion/Vacate Sentence** | ☐ **442 Civil Rights-Employment** (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) <br><br> *(If pro se, select this deck)* | ☐ **895 Freedom of Information Act** <br> ☐ **890 Other Statutory Actions** (if Privacy Act) <br><br> *(If pro se, select this deck)* | ☐ **152 Recovery of Defaulted Student Loans** (excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ **710 Fair Labor Standards Act** <br> ☐ **720 Labor/Mgmt. Relations** <br> ☐ **730 Labor/Mgmt. Reporting & Disclosure Act** <br> ☐ **740 Labor Railway Act** <br> ☐ **790 Other Labor Litigation** <br> ☐ **791 Empl. Ret. Inc. Security Act** | ☐ **441 Voting (if not Voting Rights Act)** <br> ☐ **443 Housing/Accommodations** <br> ☐ **444 Welfare** <br> ☐ **440 Other Civil Rights** <br> ☐ **445 American w/Disabilities-Employment** <br> ☐ **446 Americans w/Disabilities-Other** | ☐ **110 Insurance** <br> ☐ **120 Marine** <br> ☐ **130 Miller Act** <br> ☐ **140 Negotiable Instrument** <br> ☐ **150 Recovery of Overpayment & Enforcement of Judgment** <br> ☐ **153 Recovery of Overpayment of Veteran's Benefits** <br> ☐ **160 Stockholder's Suits** <br> ☐ **190 Other Contracts** <br> ☐ **195 Contract Product Liability** <br> ☐ **196 Franchise** | ☐ **441 Civil Rights-Voting** (if Voting Rights Act) |

**V. ORIGIN**

○ **1 Original Proceeding**  ● **2 Removed from State Court**  ○ **3 Remanded from Appellate Court**  ○ **4 Reinstated or Reopened**  ○ **5 Transferred from another district (specify)**  ○ **6 Multi district Litigation**  ○ **7 Appeal to District Judge from Mag. Judge**

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Plaintiff alleges violation of RICO, 18 U.S.C. §§ 1961 et seq. and RESPA, 12 U.S.C. §§ 2601 et seq., including § 2607(a).

| **VII. REQUESTED IN COMPLAINT** | ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23 | **DEMAND $** 500,000 <br> **JURY DEMAND:** | Check YES only if demanded in complaint <br> YES ☒   NO ☐ |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

**DATE** 07/03/2008   **SIGNATURE OF ATTORNEY OF RECORD** *James W. Quinlen*

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_SHONNA HOLMES_
Plaintiff

v.

Civil Action No.    **08 1171**

**JUL 03 2008**

_SUN TRUST MORTGAGE, ET AL_
Defendant

　　The above entitled action, removed from the Superior Court for the District of Columbia, has been filed and assigned to Judge **ROBERTS, J. RWR**. All counsel and/or pro se litigants must include on any subsequent pleadings both the civil action number and the initials of the judge assigned to this action.  (See preceding sentence for judge's initials).

　　Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the bar of this Court to appear, file papers or practice.  To assist the Clerk's Office in properly recording all counsel of record, counsel for all parties must enter their appearance in accordance with our Local Rule 83.6(a).  Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

　　Finally, your attention is called to Local Rule 16.3, Duty to Confer.  This rule clearly spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court on a wide range of questions.

NANCY MAYER-WHITTINGTON, CLERK

By _____
Deputy Clerk

cc: _WM. S. BACH_
_SUN TRUST MTG. CO._
_RESIDENTIAL CREDIT SOLUTIONS_
_REMAX_

929A
Rev. 7/02

481
1465
plead.

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

SHONNA HOLMES
4828 Kingfisher Road.
Waldorf, Maryland 20603

&ast;        2008 CA

    Plaintiff,

Vs.

SUN TRUST MORTGAGE
COMPANY
1001 Semmes Avenue
Richmond, VA 23224
    and
RESIDENTIAL CREDIT
SOLUTIONS
350 South Grand Ave. 47th Floor
P.O. Box 78954
Phoenix, Arizona 85062-9054
    and

HERITAGE TITLE COMPANY   Serve: Jim Hafey
11821 Park Lawn Drive Suite 350
Rockville, MD 20852

REMAX            Serve: Crystal Payne, Agent
4201 Northview Drive
Bowie, MD 20716

A 09

FILED
CIVIL ACTIONS BRANCH
JUN 0 5 2008
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

0004128-08

## COMPLAINT FOR FRAUD AND DISHONEST TRADE TRANSACTIONS AND FALISIFACTION OF HUD DOCUMUENTS

The Plaintiff , Shonna A. Holmes,  (further referred to as ) Holmes

The property in question is Lot 256 Square 615 located at 53 Bates Street, NW,

Washington, DC, 20001. This court has jurisdiction in all issues presented in this law

suit.

Suit is filed by William S. Bach, Esquire and avers the following facts in this

case and declare es them true and all the Defendants are Jointly and severally liable.

1



A.                                    FACTS

1.  This law suit involves a large mortgage scam that has spread in the Mid-
    Atlantic which has bilked homeowners of millions of dollars of lost equity,
    threatens these families with imminent foreclosure, and involved the (sic)
    willful participation of so-called real estate professionals- including in this
    case mortgagees , licensed mortgage brokers, realtors, title insurance
    companies , lawyers, and settlement agents- who orchestrated the whole
    scheme.

2.  Hundreds of Maryland, Virginia and the District Of Columbia families and
    Holmes, who thought they had entered into contracts to buy income property
    were not told of the real terms and fees up front. This laws suit was facilitated
    by real estate professionals whose sole motive was to enrich themselves and
    their extravagant lifestyles at the expense of hard working citizens of the
    District of Columbia.

3.  In this case as the others, (2,000 case alone in Prince Georges County)
    Willingham trusted the Defendants and was subject fraudulent and deceptive
    business practices jointly and severally by all the Defendants .

    Holmes was to receive a payment for the use of her credit to close on the sale
    of the new residence.  HUD documents were forged as the property was
    flipped and the equity stripped.  The real estate professionals reduced their
    liability and created a false transaction on paper which appeared to be
    legitimate but was actually an elaborate scheme to defraud homeowners and
    the community. Wall street packaged the loans and put their approval on them
    as good investments. The over seas banks and their depositors were just
    bilked and there was no way they could protect themselves.

    4.  The Mortgage Brokers received the yield spread premium and their
    unscrupulous conduct on the day of the closing was approved by the
    settlement agent attorney.

    5.  The negative impact for all homeowners in the District Of Columbia as a
    result of this scheme is that hundreds of homeowners will lose their homes
    and neighborhoods will lose millions in home values and impact entire
    neighborhoods.

                                        2

## CHARGE  I.      FRAUD

B. The Defendant , SunTrust  made a loan without checking the income of Plaintiff and carried out a systematic scheme that affected minorities and individuals who lacked the full knowledge of real estate investments.  Holmes was set up for a default on the property from day one.  In other words , Defendant Sun Trust  and Residential Credit  Solutions would arrange for mortgages for substantially more than was owed as in this case of  $ 610.000.00 .  This was a 100% loan to unqualified buyer and false charges, appraisals and fees at the time of closing.  There were two HUD 1's at the closing.  The Heritage Settlement Co. stole   ($19,284.58) in  fees and legal representatives stripped  the initial sellers equity and Plaintiff could not make the new fabricated mortgage payments.

C.  Plaintiff is not in possession of the property and has never even had a set of keys.

D.   Mortgagee's Settlement was a sham , the closing was an example an outrageous fraud with all parties including those who and paid for appraisals. This scam transactions was orchestrated by the  parties and created a conspiracy which they all benefited , including the lawyers, and salesmen who received finders fees.

E.   This case is about a well organized and far reaching foreclosure rescue scheme designed by the defendants jointly.  The loans were improperly, unfairly and illegally made and  all were enriched  by willfully, systematically and uniformly taking illegal advantage of  Plaintiff.  SunTrust Bank was the Seller.

3

F.   The Foreclosure Reversal Program was a criminal conspiracy which was made up of an association consisting of the individual defendants in this case.  The Defendants have engaged in willful, systematic and widespread violations of the Federal Racketeer Influenced and Corrupt Organizations Act (RICO).  The Real Estate Settlement Procedures Act (RESPA).  RICO provides protections against patterns of racketeering, which consist of the repeated violations of predicate acts which are criminal in nature including mail fraud and wire fraud.

RESPA is a consumer protection statute that regulates the settlement procedure in real estate transactions, which requires the consumers, both buyers and sellers, receive full disclosure at various times in the transaction, and which outlaws kickbacks or unearned fees as in this case and the true costs at the settlement table.  Selected and identified settlement companies which were known to have overlooked the illegalities.

G.   Plaintiff's property was an illegal transactions such as buyer's costs paid by sellers, and huge fees paid to Brokers.  There was no ordinary prudence shown by the title company or its agents.  Title company closed so many others similar loan that they had to know what was going on and stopped it.  HUD forms were not correct and are subject to a $ 500,000.00 fine and a year in jail for all parties to the scam.  The HUD documents showed large amounts of money going to Defendants.

COUNT II
VIOLATION OF THE FERAL REAL ESTATE SETTLEMENT PROCEEDURES ACT
(RESPA) 12 U.S.C. § 2601, et seq.
ALL DEFENDANTS

4

H.  Plaintiff re-alleges and incorporates by reference the foregoing allegations.

Defendants jointly engaged in procuring  and provided closing, title or settlement servicing concerning residential mortgage loans, including " federally related mortgage loans" as that phrase is defined by RESPA at 12 U.S.C §2602 and at 24 C.F.R. § 3500.2 (3), involving the named Plaintiff.  There was never any proper disclosures made to Plaintiff in direct violation of the code. The specific violation of RESPA § 8 (a) ,12  U.S.C. § 2607 (a).

## COUNT  III

### GROSS NEGLIGENCE
### (AGAINST HERITAGE TITLE COMPANY, ONLY)

4.  Plaintiffs re allege and incorporate by reference the fore going allegations.

5.  HERITAGE TITLE COMPANY  had a duty and should have exercised due diligence but was captivated by the profits in the transaction they were to monitor and never inquired as to the obvious fees paid and who the real party who would suffer.

The HUD 1 disbursements were fraud in fact and did comport with the obvious reality of the closing amounts and  Holmes was blind to them.  Brokers  and Bank loan officers had a duty to explain the fees and payments.  Their were obvious constructive notice of  the outrageous irregularities and illegalities apparent to all with the exception of Plaintiff.  The  attorney willfully blinded him self along with the closing agent to the obvious illegalities in the transaction.

5

As agents for the title company they acted in a wonton disregard for the rights of

the Plaintiff and are subject to the damages claimed in this matter

WHEREFORE , Holmes requests this Court award her $500,000.00 in

Compensatory damages, and $ 1,000,000.00 in Punitive damages and costs and attorney

fees in the amount of 25% and other fees such and further relief as the nature of this case

may require.

Respectfully submitted,

William S. Bach, Esquire
717 D. Street, NW # 400
Washington, DC. 20004
301-737-2930
Bar # 448392
Attorney For Plaintiff

REQUEST FOR A JURY TRIAL

Plaintiff Demands a trial by jury on all causes of action set forth herein.

William S. Bach.

<u>**Attachment to Notice of Removal**</u>

**Plaintiff:**

Shonna Holmes
4828 Kingfisher Road
Waldorf, Maryland 20603
*Counsel:*
William S. Bach, Esquire
Bar No. 448392
717 D Street, NW #400
Washington, District of Columbia 20004
Tel (202) 737-2930
Fax (202) 737-1350


**Defendants and Counsel:**

1.    Sun Trust Mortgage Company
      1001 Semmes Avenue
      Richmond, Virginia 23224
      *Counsel:*


2.    Residential Credit Solutions
      350 South Grand Avenue, 47th Floor
      P.O. Box 78954
      Phoenix, Arizona 85062-9054
      *Counsel:*


3.    Heritage Title Company
      11821 Park Lawn Drive, Suite 350
      Rockville, Maryland 20852
      *Counsel:*
      James M. Connolly, Esquire
      D.C. Bar No. 455140
      Kramer & Connolly
      500 Redland Court, Suit 211
      Owings Mills, Maryland 21117
      Tel  (410) 581-0070
      Fax (410) 581-1524
      Email jmc@KramersLaw.com

4.      ReMax
        4201 Northview Drive
        Bowie, Maryland 20716
        *Counsel:*


E:\OFFICE\CASES\197-017\nof_notice_attachment.wpd

CA Form 1

## Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

SHONNA HOLMES
4828 Kingfisher, Road
Waldof, MD 20603

*Plaintiff*

vs.                                                    Civil Action No. 0004128-08

HERITAGE TITLE COMPANY
II82I Park Lawn Drive, Suite 35
Rockville, MD 20852

*Defendant*

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

William S. Bach, Esquire                           *Clerk of the Court*

Name of Plaintiff's Attorney
7I7 D. Street, NW, # 400

Address Washington, D.C. 20004                   By _____
                                                           Deputy Clerk
202-737-2930

Telephone                                          Date  6-5-08

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(3)-456/Feb 93

CA Form 1

## Superior Court of the District of Columbia
### CIVIL DIVISION
**500 Indiana Avenue, N.W., Room JM-170**
**Washington, D.C. 20001 Telephone: 879-1133**

SHONNA HOLMES
4828 Kingfisher Road
Waldorf, MD 20603

*Plaintiff*

vs.                                         Civil Action No. _0004128-08_

LONG & Foster Institute of
Real Estate
2080 York Road, # 265    *Defendant*
Timonium, MD 21093

WB ~~REMAX~~
~~of 2201 NORTH VIEW DR.~~
~~BOWIE, MD 20716~~                   **SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

                                        *Clerk of the Court*

William S. Bach, Esquire
_____
Name of Plaintiff's Attorney
717 D. Street, NW, # 400            By _____
_____                Deputy Clerk
Address
Washington, DC 20004

202-737-2930                        Date: _6-5-08_
_____
Telephone

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(3)-456/Mar 83

CA Form 1

## Superior Court of the District of Columbia

**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Room JM-170**
**Washington, D.C. 20001 Telephone: 879-1133**

SHONNA HOLMES
4828 Kingfisher Road
Waldorf, MD 20603

*Plaintiff*

vs.

Residential Credit Solutions
350 South Grand Ave. 47th Floor
Phoenix, Arizona  85062
*Defendant*

Civil Action No. 0004128-08

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

William S. Bach, Esquire

Name of Plaintiff's Attorney
717 D. Street,,NW. # 400
Washington, D.C. 20004

Address

202-737-2930

Telephone

By _____
Deputy Clerk

Date  6.5-08

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CA Form 1

## Superior Court of the District of Columbia

### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

SHONNA HOLMES
4828 Kingfisher Road
Waldorf, Maryland 2063

*Plaintiff*

vs.

SUN TRUST MORTGAGE COMPANY
I00I Semmes Avenue
Richmond Virgia, 2324 *Defendant*

Civil Action No. 0004128-08

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

William S. Bach, Esq.
_____
Name of Plaintiff's Attorney
7I7 D. Street, N.W., # 400
_____
Address
Washington, D.C. 20004
_____
    202-737-2930
_____
Telephone

By _____
              Deputy Clerk

Date 6-5-0?

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(b)-4560(ey 03

# Superior Court of the District of Columbia

## CIVIL DIVISION - CIVIL ACTIONS BRANCH

### INFORMATION SHEET

SHONNA HOLMES

Case Number: __0004128-08__

vs

Date: _____

SUN TRUST MORTGAGE COMPANY, et al.

---

| | |
|---|---|
| **Name:** *(please print)* William S. Bach, Esquire | **Relationship to Lawsuit**<br>☑ Attorney for Plaintiff |
| **Firm Name:** William S. Bach, Esq. S.P. | ☐ Self (Pro Se)<br>Other: _____ |
| **Telephone No.:** 202-737-2930   **Six digit Unified Bar No.:** 448392 | |

**TYPE OF CASE:** ☐ Non-Jury   ☑ 6 Person Jury   ☐ 12 Person Jury
Demand: $ 500,000.00   Other: $ 1,000,000.00 Punitive

**PENDING CASE(S) RELATED TO THE ACTION BEING FILED**
Case No.: _____ Judge: _____ Calendar #: _____

Case No.: _____ Judge: _____ Calendar #: _____

---

**NATURE OF SUIT:** *(Check One Box Only)*

**A. CONTRACTS**
☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 15 _____

☐ 07 Personal Property
☑ 09 Real Property-Real Estate
☐ 12 Specific Performance

**COLLECTION CASES**
☐ 14 Under $25,000 Pltf. Grants Consent
☐ 16 Under $25,000 Consent Denied
☐ 17 OVER $25,000

**B. PROPERTY TORTS**
☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102(a)

☐ 03 Destruction of Private Property
☐ 04 Property Damage

☐ 05 Trespass
☐ 06 Traffic Adjudication

**C. PERSONAL TORTS**
☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile-Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 09 Harassment
☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical *(Including wrongful death)*
☐ 16 Negligence-(Not Automobile, Not Malpractice)

☐ 17 Personal Injury – (Not Automobile, Not Malpractice)
☐ 18 Wrongful Death (Not malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco

---

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/July, 07

INFORMATION SHEET,     Continued

<table>
<tr>
<td>

**D. OTHERS**

**I.**

- [ ] 01 Accounting
- [ ] 02 Att. Before Judgment
- [ ] 04 Condemnation (Emin. Domain)
- [ ] 05 Ejectment
- [ ] 07 Insurance/Subrogation Under $25,000 Pltf. Grants Consent
- [ ] 08 Quite Title
- [ ] 09 Special Writ/Warrants DC Code § 11 -941

</td>
<td>

- [ ] 10 T.R.O./Injunction
- [ ] 11 Writ of Replevin
- [ ] 12 Enforce Mechanics Lien
- [ ] 16 Declaratory Judgment
- [ ] 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- [ ] 18 Product Liability
- [ ] 24 Application to Confirm, Modify, Vacate Arbitration Award (D.C. Co de § 16-4315)

</td>
<td>

- [ ] 25 Liens: Tax/Water Consent Granted
- [ ] 26 Insurance/Subrogation Under $25,000 Consent Denied
- [ ] 27 Insurance/Subrogation Over $25,000
- [ ] 28 Motion to Confirm Arbitration Award (Collection Cases Only)
- [ ] 29 Merit Personnel Act (OHR)
- [ ] 30 Liens: Tax/Water Consent Denied

</td>
</tr>
<tr>
<td>

**II.**

- [ ] 03 Change of Name
- [ ] 06 Foreign Judgment
- [ ] 13 Correction of Birth Certificate
- [ ] 14 Correction of Marriage Certificate

</td>
<td>

- [ ] 15 Libel of Information
- [ ] 19 Enter Administrative Order as Judgment [D.C. Code § 2 -1802.03(h) or 32-1519(a)]
- [ ] 20 Master Meter (D.C. Code § 42 -3301, et seq.)

</td>
<td>

- [ ] 21 Petition for Subpoena [Rule 28 -I (b)]
- [ ] 22 Release Mechanics Lien
- [ ] 23 Rule 27 (a)(1) (Perpetuate Testimony)

</td>
</tr>
</table>

_____          _____
   **Attorney's Signature**                      **Date**

CV-496/July.02



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

SHONNA HOLMES
Vs.                                            C.A. No.     2008 CA 004128 R(RP)
SUN TRUST MORTGAGE COMPANY

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has been assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to:  Judge ODESSA F VINCENT
Date:   June 5, 2008
Initial Conference: 9:00 am, Friday, September 12, 2008
Location:  Courtroom B-52
                510 4th Street, NW
                WASHINGTON, DC  20001

Caio.doc