IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHONNA HOLMES, | * |
| Plaintiff, | * |
| v. | * |
| | Civil Action No. |
| SUN TRUST MORTGAGE CO., *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Defendant Heritage Title Company, certify that, to the best of my knowledge and belief, that Heritage Title Company does <u>not</u> have any parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

                                                                                                      /s/
                                       James M. Connolly (Bar No. 455140)
*KRAMER & CONNOLLY*
500 Redland Court, Suite 211
Owings Mills, Maryland 21117
Tel: (410) 581-0070
Fax: (410) 581-1524
jmc@kramerslaw.com
*Counsel for Defendant Heritage Title Co.*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on July 3, 2008, a copy of the foregoing was mailed first class, postage prepaid, to:

| | |
|---|---|
| William S. Bach, Esquire<br>717 D Street, N.W., Suite 400<br>Washington, D.C. 20004<br>*Counsel for Plaintiff Shonna Holmes* | SunTrust Mortgage Company<br>Attention: Legal Department<br>1001 Semmes Avenue<br>Richmond, Virginia 23224<br>*Defendant* |
| Resident Credit Solutions<br>Attention: Legal Department<br>P.O. Box 78954<br>Phoenix, Arizona 85062<br>*Defendant* | Re/Max One<br>Attention: Ms. Crystal Payne<br>4201 Northview Drive<br>Bowie, Maryland 20716<br>*Defendant* |

                                        /s/
                              James M. Connolly (Bar No. 455140)

E:\OFFICE\CASES\197-017\LCvR 7-1.wpd