IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHONNA HOLMES, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:08-cv-01171-RWR |
| SUN TRUST MORTGAGE CO., *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE**

CLERK:

Kindly enter the appearance of James M. Connolly, Esquire as counsel for Defendant Heritage Title Company in the above-referenced action.

/s/
James M. Connolly (Bar No. 455140)
*KRAMER & CONNOLLY*
500 Redland Court, Suite 211
Owings Mills, Maryland 21117
Tel.: (410) 581-0070
Fax: (410) 581-1524
jmc@kramerslaw.com
*Counsel for Defendant Heritage Title Co.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 11, 2008, a copy of the foregoing was mailed first class, postage prepaid, to:

William S. Bach, Esquire
717 D Street, N.W., Suite 400
Washington, D.C. 20004
*Counsel for Plaintiff Shonna Holmes*

SunTrust Mortgage Company
Attention: Legal Department
1001 Semmes Avenue
Richmond, Virginia 23224
*Defendant*

Resident Credit Solutions
Attention: Legal Department
P.O. Box 78954
Phoenix, Arizona 85062
*Defendant*

Re/Max One
Attention: Ms. Crystal Payne
4201 Northview Drive
Bowie, Maryland 20716
*Defendant*

/s/
James M. Connolly

E:\OFFICE\CASES\197-017\eoa.wpd