AO 458 (Rev. 6/98 DC) - APPEARANCE

# United States District Court
## for the District of Columbia

SHONA HOLMES

    Plaintiff,

SUN TRUST MORTGAGE, et al.,

    Defendants.

APPEARANCE

CASE NUMBER: 08-1171

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    THE PLAINTIFF SHONA HOLMES

| | |
|---|---|
| July 14, 2008 | /s/ |
| **Date** | **Signature** |
| DC 448392 | William S. Bach, ESQ |
| **BAR IDENTIFICATION NO.** | **Print Name** |
| | 717 D. Street, N.W. # 400 |
| | **Address** |
| | Washington, D.C. 20004 |
| | **City            State            Zip Code** |
| | 202-737-2930 |
| | **Phone Number** |