IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHONNA HOLMES, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:08-cv-01171-RWR |
| SUNTRUST MORTGAGE, INC., et al. | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

DEAR CLERK:

Please enter the appearance of Bradford S. Bernstein, Esquire and Miles & Stockbridge P.C. as counsel for the Defendants, SunTrust Mortgage, Inc. and Residential Credit Solutions, in the above-referenced action.

Dated: July 30, 2008

                                          Respectfully submitted,

                                          _____/s/_____
                                          Bradford S. Bernstein, Bar #463982
                                          Miles & Stockbridge P.C.
                                          11 North Washington Street, Suite 700
                                          Rockville, Maryland 20850
                                          (301) 762-1600

                                          Attorney for Defendants, SunTrust Mortgage, Inc.
                                          and Residential Credit Solutions

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of July, 2008, a copy of the foregoing was mailed, via first class, to:

> William S. Bach, Esquire
> 717 D Street, N.W., Suite 400
> Washington, D.C. 20004
>
> James M. Connolly, Esquire
> Kramer & Connolly
> 500 Redland Court, Suite 211
> Owings Mills, Maryland 21117
>
> Re/Max One
> Attn: Crystal Payne
> 4201 Northview Drive
> Bowie, Maryland 20716

                                         ____/s/_____
                                         Bradford S. Bernstein