IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHONNA HOLMES, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:08-cv-01171-RWR |
| SUNTRUST MORTGAGE, INC., et al. | : |
| Defendants. | : |

### SUNTRUST MORTGAGE'S CONSENT TO REMOVAL

Defendant, SunTrust Mortgage, Inc. (improperly referred to as SunTrust Mortgage Company), by and through its undersigned counsel, hereby consents to the Notice of Removal filed in this case by Defendant, Heritage Title Company.

Dated: July 30, 2008

Respectfully submitted,

____/s/_____
Bradford S. Bernstein, Bar #463982
Miles & Stockbridge P.C.
11 North Washington Street, Suite 700
Rockville, Maryland 20850
(301) 762-1600

Attorney for Defendants, SunTrust Mortgage, Inc.
and Residential Credit Solutions

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of July, 2008, a copy of the foregoing was mailed, via first class, to:

William S. Bach, Esquire
717 D Street, N.W., Suite 400
Washington, D.C. 20004

James M. Connolly, Esquire
Kramer & Connolly
500 Redland Court, Suite 211
Owings Mills, Maryland 21117

Re/Max One
Attn: Crystal Payne
4201 Northview Drive
Bowie, Maryland 20716

____/s/_____
Bradford S. Bernstein