IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHONNA HOLMES, | : |
|     Plaintiff, | : |
| v. | :    Civil Action No. 1:08-cv-01171-RWR |
| SUNTRUST MORTGAGE, INC., et al. | : |
|     Defendants. | : |

### RESIDENTIAL CREDIT SOLUTION'S CONSENT TO REMOVAL

Defendant, Residential Credit Solutions, by and through its undersigned counsel, hereby consents to the Notice of Removal filed in this case by Defendant, Heritage Title Company.

Dated: July 30, 2008

                                    Respectfully submitted,

                                    ____/s/_____
                                    Bradford S. Bernstein, Bar #463982
                                    Miles & Stockbridge P.C.
                                    11 North Washington Street, Suite 700
                                    Rockville, Maryland 20850
                                    (301) 762-1600

                                    Attorney for Defendants, SunTrust Mortgage, Inc.
                                    and Residential Credit Solutions

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of July, 2008, a copy of the foregoing was mailed, via first class, to:

>William S. Bach, Esquire
>717 D Street, N.W., Suite 400
>Washington, D.C. 20004
>
>James M. Connolly, Esquire
>Kramer & Connolly
>500 Redland Court, Suite 211
>Owings Mills, Maryland 21117
>
>Re/Max One
>Attn: Crystal Payne
>4201 Northview Drive
>Bowie, Maryland 20716

>____/s/_____
>Bradford S. Bernstein