**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **SHONNA HOLMES,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 1:08-cv-01171-RWR** |
| | : | |
| **SUNTRUST MORTGAGE, INC., et al.** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## PRAECIPE

Defendants, SunTrust Mortgage, Inc. (improperly referred to as SunTrust Mortgage Company) and Residential Credit Solutions, by and through its undersigned counsel, hereby submit that they were not properly served with the Complaint and Summons but have agreed to accept service as of July 24, 2008. The undersigned has contacted counsel for the Plaintiff, Shonna Holmes, and there is an agreement that a responsive pleading to the Complaint will be filed by SunTrust Mortgage, Inc. and Residential Credit Solutions by August 13, 2008.

Dated: July 30, 2008

Respectfully submitted,


_____/s/_____

Bradford S. Bernstein, Bar #463982
Miles & Stockbridge P.C.
11 North Washington Street, Suite 700
Rockville, Maryland 20850
(301) 762-1600

Attorney for Defendants, SunTrust Mortgage, Inc.
and Residential Credit Solutions

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of July, 2008, a copy of the foregoing was mailed, via first class, to:

William S. Bach, Esquire
717 D Street, N.W., Suite 400
Washington, D.C. 20004

James M. Connolly, Esquire
Kramer & Connolly
500 Redland Court, Suite 211
Owings Mills, Maryland 21117

Re/Max One
Attn: Crystal Payne
4201 Northview Drive
Bowie, Maryland 20716

_____/s/_____
Bradford S. Bernstein