IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

SHONNA HOLMES,

    Plaintiff,

Vs.                                             Civil Action No.: 1: 08-cv-01171-RWR

SUNTRUST MORTGAGE, INC., et al.,

    DEFENDANTS.

### ANSWER TO SUNTRUSTS MORTGAGE'S AND RESIDENTIAL CREDIT SOLUTIONS' MOTION TO DISMISS THE COMPLAINT FILED BY PLAINTIFF

    Plaintiff Shonna Holmes , Plaintiff (Holmes) , by and through her counsel, William S. Bach ., pursuant to Fed. R. Civ Proc. 12 (b) (6) submit this Answer to Motion to Dismiss by Suntrust Mortgage and Residential Solutions and in support there of, state as follows:

    1.  The standard of review for Failure To State A Claim or in the alternative Summary Judgment that there is a basis for the sub prime conspiracy is clearly sated in the Complaint filed.  The District Court of Appeals has stated," In Granting a Motion TO Dismiss, "Our review is *de novo,* in considering the sufficiency of the complaint, We like the trial court – are – obliged to " accept as factual allegations and construe them in the light most favorable to the Plaintiffs."  " If the complaint adequately states a claim when thus reviewed , it may not be dismissed on a courts determination of Plaintiffs case and that the Plaintiff will fail to find evidentiary support for his allegations or prove his claim to the fact finder.". " And (WITH LIMITED EWXCEPTIONS NOT APPLICABLE HERE, A Motion To Dismiss for Failure To State A Claim' may not rely on any facts that do not appear on the face of the Complaint itself". **OLER: 03-0010  Luna v A.E.**

1

*Engineering Services, L.L.C., et al., 938 A 2d,744,748, (D.C. 2007).*

However the Court of Appeals has cautioned that "(a)ny uncertainties or Ambiguities involving the sufficiency the complaint must be resolved in the favor of The pleader, and generally, the complaint must (sic) not be dismissed because the court doubts the Plaintiff will prevail". *Adkins V. Industrial Telecommunications Ass'n INC. 660 a 2D 855,877, (DC 1955) Citing McBryde V. Amoco Oil, Co., 404 A 2d, 200,2003 (DC, 1979).*

WHEREFORE, Plaintiff Holmes , respectfully requests this Honorable Court DENY Defendants Motion to Dismiss..

/s/  William S. Bach, Esquire   448392
---------------------
William S. Bach
717 d. Street, NW, # 400
Washington, DC 20004
202-737-2930
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I Hereby Certify that a copy of the foregoing, Motion To Dismiss was filed to all Parties via electronic filing this 18th day of August 2008 and mailed first class to Re/Max One, Crystal Payne, 4201 Northview Drive, Bowie, Maryland 20716.

/s/ William S. Bach
_____
William S. Bach

Bradford S. Bernstein, Esquire
Miles & Stockbridge, PC
11 North Washington Street, Suite 700
Rockville, MD 20850
James M. Connolly, Esquire
Kramer &. Connolly
500 Redland Court, Suite 211
Owings Mills, MD 20716

IN THE UNITED STATES DISTCT COURT FOR THE DISTICT OF COLUMBIA

SHONNA HOLMES,
    Plaintiff,
Vs.

                                      Civil Action No. 1:08-cv- 01171-RWR

SUNTRUST MORTGAGE, INC., et al.,
    Defendants.

## **PROPOSED ORDER**

    Upon consideration OF Shonna Holmes, Plaintiff, REQUEST FOR DENYING THE MOTION TO DISMISS by the Suntrust Mortgage, Inc., and Residential Credit Solutions: this ___Day of August 2008,, by the United States District Court of Columbia, hereby

    ORDERED that Suntrust Mortgage's Motion to Dismiss is DENIED.

/s/ _____
Judge United States District Court
For The District Of Columbia

cc:
Bradford S. Bernstein , Esq.
William S. Bach, Esq.
James M. Connolly , Esq.
Crystal Payne