# KRAMER & CONNOLLY

| | ATTORNEYS AT LAW | |
|---|---|---|
| Irwin R. Kramer | S<small>UITE</small> 211 | (410) 581-0070 |
| James M. Connolly | 500 R<small>EDLAND</small> C<small>OURT</small> | F<small>AX</small> (410) 581-1524 |
| | O<small>WINGS</small> M<small>ILLS</small>, M<small>ARYLAND</small> 21117 | |
| Joseph G. Cleaver | L<small>ICENSED IN</small> M<small>ARYLAND AND THE</small> D<small>ISTRICT OF</small> C<small>OLUMBIA</small> | www.KramersLaw.com |
| Edward J. Hiller | | |
| *Of Counsel* | | |

August 18, 2008

The Honorable Richard W. Roberts
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Room 4329
Washington, DC 20001

      RE:    Shonna Holmes v. Sun Trust Mortgage Co., et al.
               U.S. District Court for the District of Columbia
               Case No. 1:08-cv-01171-RWR

Dear Judge Roberts:

      On June 30, 2008, Defendant Heritage Title Company filed its *Motion to Dismiss Count I of the Complaint and the Punitive Damages Claim* in the Superior Court of the District of Columbia. That Motion is attached to Document 4, filed July 11, 2008, titled "Notice of Filing of Superior Court Pleadings and Papers."

      The time for responding to the Motion has long expired and Plaintiff has failed to oppose the Motion. Accordingly, as counsel for Defendant Heritage Title Company, I respectfully ask that this Court consider and grant the Motion.

                                                        Very truly yours,
                                                            /s/
                                                   James M. Connolly (Bar No. 455140)

cc:    All counsel (via ECF)
       Ms. Crystal Payne, ReMax (via U.S. Mail)

E:\OFFICE\CASES\197-017\roberts,richard_080818.wpd