IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHONNA HOLMES, | * | |
|     Plaintiff, | * | |
| v. | * | Civil Action No. 1:08-cv-01171-RWR |
| SUN TRUST MORTGAGE CO., *et al.,* | * | |
|     Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE REQUESTING A RULING ON HERITAGE TITLE COMPANY'S MOTION TO DISMISS COUNT I OF THE COMPLAINT AND THE CLAIM FOR PUNITIVE DAMAGES**

Defendant Heritage Title Company, by undersigned counsel, respectfully submits this Notice Requesting a Ruling on Heritage Title Company's Motion to Dismiss Count I of the Complaint and the Punitive Damages Claim, stating as follows:

1.    On June 30, 2008, Defendant Heritage Title Company filed, *inter alia*, its *Motion to Dismiss Count I of the Complaint and the Punitive Damages Claim* in the Superior Court of the District of Columbia.  That Motion is attached to the *Notice of Filing of Superior Court Pleadings and Papers* [Document 4] which was filed with this Court on July 11, 2008.

2.    Superior Court Civil Procedure Rule 12-I(e) states in relevant part that "[a] statement of opposing points and authorities shall be filed and served within 10 days . . . ."  Id.

3.    In this Court, Local Rule 7(b) states, "Within 11 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion.  If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded."  Id.

4.    The time for responding to the Motion has long expired and Plaintiff has not

1

opposed it. Accordingly, Defendant Heritage Title Company respectfully requests that this Court grant the Motion.

/s/
James M. Connolly (Bar No. 455140)
*KRAMER & CONNOLLY*
500 Redland Court, Suite 211
Owings Mills, Maryland 21117
Tel.: (410) 581-0070
Fax: (410) 581-1524
*Counsel for Heritage Title Company*

## POINTS AND AUTHORITIES

Sup. Ct. Civ. Pro. R. 12-I(e)

LCvR 7(b)

                                          /s/
                                   James M. Connolly

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2008, I electronically filed the foregoing using the CM/ECF System, which will send notice of such filing to the following registered ECF users:

William S. Bach, Esquire  
717 D Street, N.W., Suite 400  
Washington, D.C. 20004  
*Counsel for Plaintiff Shonna Holmes*

Bradford S. Bernstein  
*Miles & Strockbridge*  
11 N. Washington Street, Suite 700  
Rockville, Maryland 20850  
*Counsel for Defendants SunTrust Mortgage, Inc. and Residential Credit Solutions*

I FURTHER CERTIFY that on August 21, 2008, a copy of the foregoing was mailed by first-class, postage prepaid, to:

Re/Max One  
Attention: Ms. Crystal Payne  
4201 Northview Drive  
Bowie, Maryland 20716  
*Defendant*

                                          /s/
                                   James M. Connolly

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHONNA HOLMES, | * |
|     Plaintiff, | * |
| v. | *   Civil Action No. 1:08-cv-01171-RWR |
| SUN TRUST MORTGAGE CO., *et al.*, | * |
|     Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER DISMISSING COUNT I OF THE COMPLAINT
## AND THE CLAIM FOR PUNITIVE DAMAGES

The Court has before it the Motion to Dismiss Count I of the Complaint and the Claim for Punitive Damages submitted by Defendant Heritage Title Company. Having reviewed the merits of the Motion and Plaintiff's Opposition thereto, if any, this Court finds that Count I fails to state a claim upon which relief may be granted. In addition, Plaintiff has failed to set forth sufficient facts to maintain a claim for punitive damages.

Count I fails to set for the requisite elements to state either a Racketeer Influenced and Corrupt Organizations Act ("RICO") claim, 18 U.S.C. §§ 1961 et seq., or a claim for fraud. In addition, Count I fails to comply with Rule 9(b)'s directive that "the circumstances constituting fraud . . . shall be stated with particularity." Id. Similarly, Plaintiff's pleading fails to set forth sufficient facts to maintain her claim for punitive damages. As a result, the Court shall dismiss Count I and the claim for punitive damages. In addition, because this rationale applies with equal force to all Defendants, the Court shall grant the same relief to all Defendants.

Accordingly, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia

**ORDERED**, that the Motion to Dismiss Count I of the Complaint and the Claim for

Punitive Damages submitted by Defendant Heritage Title Company is **GRANTED**; and it is

      **FURTHER ORDERED**, that Count I of the Complaint is **DISMISSED** as to all Defendants; and it is

      **FURTHER ORDERED**, that Plaintiff's claim for punitive damages is **DISMISSED** as to all Defendants.

      _____
      Richard W. Roberts
      United States District Judge

**Copies to:**

William S. Bach, Esquire
*Counsel for Plaintiff*

Bradford S. Bernstein, Esquire
*Counsel for Defendants SunTrust Mortgage, Inc. and Residential Credit Solutions*

James M. Connolly, Esquire
*Counsel for Defendant Heritage Title Company*

Re/Max One
c/o Ms. Crystal Payne
*Defendant*